B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re  Maronda Homes, Inc.
    a Pennsylvania Corporation

Case No.
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).*

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>GEXPRO<br>P.O. BOX 100275<br>Atlanta GA  30384 | Phone:<br>GEXPRO<br>P.O. BOX 100275<br>Atlanta GA  30384 | Trade Debt | | $ 147,087.52 |
| 2<br>RI Lampus Company<br>816 RI Lampus Avenue<br>Springdale PA  15144 | Phone:<br>RI Lampus Company<br>816 RI Lampus Avenue<br>Springdale PA  15144 | Trade Debt | | $ 99,597.20 |
| 3<br>NICKLAS SUPPLY<br>P.O. BOX 1730<br>CRANBERRY TWP. PA  16066 | Phone:<br>NICKLAS SUPPLY<br>P.O. BOX 1730<br>CRANBERRY TWP. PA  16066 | Trade Debt | | $ 72,133.06 |
| 4<br>SP FLOORS, LLC.<br>329 SNOWBERRY CIRCLE<br>Venetia PA  15367 | Phone:<br>SP FLOORS, LLC.<br>329 SNOWBERRY CIRCLE<br>Venetia PA  15367 | Trade Debt | | $ 68,432.19 |
| 5<br>AUEN, INC.<br>P.O. BOX 36<br>Saltsburg PA  15681 | Phone:<br>AUEN, INC.<br>P.O. BOX 36<br>Saltsburg PA  15681 | Trade Debt | | $ 65,816.37 |

    \* Debtor owes indebtedness of approximately $86 million to Maronda, Inc., its parent company. The list of Twenty Largest Unsecured Creditors excludes insiders and therefore the debt to Maronda, Inc. is not included in the schedule.

_____ Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>MCCLURE-JOHNSTON CO.<br>201 COREY AVENUE<br>Braddock PA  15104 | Phone:<br>MCCLURE-JOHNSTON CO.<br>201 COREY AVENUE<br>Braddock PA  15104 | Trade Debt | | $ 45,059.33 |
| 7<br>OHIO VALLEY BUILDING PRODUCTS<br>#6 COMMERCIAL PARK DRIVE<br>Benwood WV  26031 | Phone:<br>OHIO VALLEY BUILDING PRODUCTS<br>#6 COMMERCIAL PARK DRIVE<br>Benwood WV  26031 | Trade Debt | | $ 31,842.62 |
| 8<br>PEIRCE-PHELPS, INC.<br>2000 N. 59TH STREET<br>Philadelphia PA  19131 | Phone:<br>PEIRCE-PHELPS, INC.<br>2000 N. 59TH STREET<br>Philadelphia PA  19131 | Trade Debt | | $ 30,460.17 |
| 9<br>MASCO BUILDER CABINET GROUP<br>C/O PNC BANK<br>LOCK BOX 534579<br>Atlanta GA  30353 | Phone:<br>MASCO BUILDER CABINET GROUP<br>C/O PNC BANK<br>LOCK BOX 534579<br>Atlanta GA  30353 | Trade Debt | | $ 28,081.74 |
| 10<br>PG PUBLISHING COMPANY<br>P.O. BOX 566<br>Pittsburgh PA  15230 | Phone:<br>PG PUBLISHING COMPANY<br>P.O. BOX 566<br>Pittsburgh PA  15230 | Trade Debt | | $ 27,454.42 |
| 11<br>JJ Kennedy Inc.<br>1790 Route 588<br>Fombell PA  16123 | Phone:<br>JJ Kennedy Inc.<br>1790 Route 588<br>Fombell PA  16123 | Trade Debt | | $ 24,844.76 |
| 12<br>QUALITY STONE V<br>P.O. BOX 117<br>REFTON PA  17568 | Phone:<br>QUALITY STONE V<br>P.O. BOX 117<br>REFTON PA  17568 | Trade Debt | | $ 22,548.87 |

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>GENERAL ELECTRIC CO.<br>ATTN: HEATHER MCINTYRE<br>307 N.HURSTBOURNE PKWY<br>Louisville KY  40222 | Phone:<br>GENERAL ELECTRIC CO.<br>ATTN: HEATHER MCINTYRE<br>307 N.HURSTBOURNE PKWY<br>Louisville KY  40222 | Trade Debt | | $ 19,505.99 |
| 14<br>LUTZ, KIRK<br>236 HOOKSTOWN GRADE ROAD<br>Clinton PA   15026 | Phone:<br>LUTZ, KIRK<br>236 HOOKSTOWN GRADE ROAD<br>Clinton PA   15026 | Trade Debt | | $ 17,957.76 |
| 15<br>TRESCO CONCRETE PRODUCTS<br>P.O. BOX 14004<br>Pittsburgh PA   15239 | Phone:<br>TRESCO CONCRETE PRODUCTS<br>P.O. BOX 14004<br>Pittsburgh PA   15239 | Trade Debt | | $ 13,421.55 |
| 16<br>REISER, BRYAN J.<br>3867 LESLIE DRIVE<br>Allison Park PA   15101 | Phone:<br>REISER, BRYAN J.<br>3867 LESLIE DRIVE<br>Allison Park PA   15101 | Trade Debt | | $ 12,788.73 |
| 17<br>WADE HEATING & COOLING<br>203 HIRSHINGER ROAD<br>Coraopolis PA   15108 | Phone:<br>WADE HEATING & COOLING<br>203 HIRSHINGER ROAD<br>Coraopolis PA   15108 | Trade Debt | | $ 11,568.27 |
| 18<br>LNJ STEEL FRAMING SYSTEM<br>580 MAYER ST.<br>Bridgeville PA   15017 | Phone:<br>LNJ STEEL FRAMING SYSTEM<br>580 MAYER ST.<br>Bridgeville PA   15017 | Trade Debt | | $ 11,413.78 |
| 19<br>KOLAR'S EXCAVATION LLC.<br>189 RANKIN ROAD<br>Ruffs Dale PA   15679 | Phone:<br>KOLAR'S EXCAVATION LLC.<br>189 RANKIN ROAD<br>Ruffs Dale PA   15679 | Trade Debt | | $ 10,797.00 |
| 20<br>SIEMINSKI, GREGORY<br>40 QUIGLEY ROAD R.D. #2<br>Cheswick PA   15024 | Phone:<br>SIEMINSKI, GREGORY<br>40 QUIGLEY ROAD R.D. #2<br>Cheswick PA   15024 | Trade Debt | | $ 9,599.27 |

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Ronald W. Wolf_, _President/CEO_ of the _Corporation_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _4/18/2011_    Signature: _[signed]_
Name: _Ronald W. Wolf_
Title: _President/CEO_