LOCAL BANKRUPTCY FORM NO. 20

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: )
   Maronda Homes, Inc. )   Bankruptcy No. 11-22418 JKF
   Debtor )   Adversary No. Jointly Administered
   Maronda Homes, Inc. of Ohio )   Document No. 4,5,8
   Maronda Homes of Cincinnati, LLC )
   Plaintiff/Movant )   Chapter 11
)   Hearing Date & Time:
   v. )   April 20, 2011 @ 8:00 a.m.
)
   Defendant/Respondent )

**NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS**

See Dkt. Nos. 4,5,8

**NOTICE IS HEREBY GIVEN THAT** an Expedited Motion for _____ has been filed in the above-referenced case by Maronda Homes, Inc.

A hearing has been scheduled for April 20, 2011 at 8:00 a.m. Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant St., Pgh., Pa 15219.

Responses to the motion shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before April 19, 2011 at 3:00 p.m.

A courtesy copy of all responses shall be delivered to chambers with the filing.

Service shall be made as directed below. A certificate of service shall be filed with the Clerk immediately.

Dated: 4/18/2011
13:04:30
Date

_Judith K. Fitzgerald_
United States Bankruptcy Judge cjs

Movant is to complete this notice and file it with the motion for expedited hearing and proposed order granting the substantive relief requested, leaving blank the hearing and response dates. If the Court determines that a hearing is necessary, response and hearing dates will be provided to movant. Movant shall serve a copy of this completed scheduling order and the motion by hand delivery or facsimile on the respondent, trustee, debtor, debtor's attorney, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and the attorney for any committee. If there is no committee counsel, serve all members of each committee. Movant shall deliver a paper copy of the motion and this notice of hearing to chambers.