IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Maronda Homes, Inc. | Bankruptcy No. 11-22418-JKF ** |
| Debtor | Chapter 11 |
| | |
| Maronda Homes of Cincinnati, LLC | Bankruptcy No. 11-22424-JKF |
| Debtor | Chapter 11 |
| | |
| Maronda Homes, Inc. of Ohio | Bankruptcy No. 11-22422-JKF |
| Debtor | Chapter 11 |

Maronda Homes, Inc., *et al.*
    Movants

v.

Bank of America, individually and as
Administrative Agent for Lenders under
Amended and Restated Revolving Credit
Agreement dated as of March 8, 2010[1]
    Respondents

** Related to Doc. No. 6, Emergency Motion for Interim Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§105 and 363(c) and Bankruptcy Rules 2002, 4001 and 9014

**ORDER REGARDING EMERGENCY MOTION FOR INTERIM ORDER
AUTHORIZING USE OF CASH COLLATERAL
AND CONTINUING HEARING TO APRIL 20, 2011**

**AND NOW**, this **19th** day of **April, 2011**, following notice and hearing on the above emergency motion for use of cash collateral, it is **ORDERED** that Bank of American shall return, before the close of business today, April 19, 2011, to the appropriate Debtors who sold the properties discussed at the hearing on April 18, 2011, the amount of the closing proceeds of the four properties that were not encumbered by bank liens.

It is **FURTHER ORDERED** that the parties and their counsel shall meet and confer in

---

[1] The "Lenders" are: Bank of America, N.A., Wells Fargo Bank, N.A., Wachovia Bank, National Association, PNC Bank, National Association, KeyBank National Association, Huntington National Bank, Fifth Third Bank, Regions Bank, BMO Capital Markets Financing, Inc., SunTrust Bank, N.A., Compass Bank (as successor to Guaranty Bank), Compass Bank, Comerica Bank, and U.S. Bank National Association.

person today, April 19, 2011, to work out the terms of an interim cash collateral order. The Debtors must submit a budget to the bank lenders on April 19, 2011, which is to be attached as an exhibit to any cash collateral order that is submitted by consent (or otherwise) regarding the use of cash collateral and shall keep the budget current on a rolling 30 day period, the first 30 day period extending through and including May 31, 2011.

It is **FURTHER ORDERED** that this hearing is continued to **Wednesday, April 20, 2011,** at **8:00 a.m. Eastern time**, Courtroom A, 54th Floor, US Steel Building, Pittsburgh, Pa., for further consideration of the Debtors' motion.

It is **FURTHER ORDERED** that today, **April 19, 2011,** the Debtors shall produce information regarding cash in its cash management system and the budget shall include the proposed uses of that cash.

*Judith K. Fitzgerald*          rmab
Judith K. Fitzgerald
United States Bankruptcy Judge