IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| MARONDA HOMES, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 11-22418  *FILE* |
| | ) *doc. #4* |
| In re: | ) |
| | ) |
| MARONDA HOMES OF OHIO, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 11-22422 |
| | ) *doc. #5* |
| In re: | ) |
| | ) |
| MARONDA HOMES OF CINCINNATI, LLC., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 11-22424 |
| | *doc. #6* |

ORDER PURSUANT TO RULE 1015(b) OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
DIRECTING THE JOINT ADMINISTRATION OF THE CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an Order pursuant to Bankruptcy Rule 1015(b) directing the joint administration of the Chapter 11 cases; and it appearing that the relief requested is in the best interest of the Debtors' estates, their creditors and other parties in interest; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of these Chapter 11 cases in this District is proper under 28 U.S.C. § 1408 and 1409; and notice of the Motion and the opportunity for

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

a hearing on the Motion was appropriate under the particular circumstance and that no other or further notice need be given; and after due deliberation and cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that pursuant to Bankruptcy Rule 1015(b), the above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned Chapter 11 cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| MARONDA HOMES, INC., | ) Case No. 11-22418 (____) |
| Debtor. | ) Chapter 11 |
| | ) Jointly Administered |
| _____, | ) |
| Movant, | ) Docket No. _____ |
| | ) Hearing Date & Time: |
| v. | ) _____, 2011, __:__.m. (EDT) |
| _____, | ) Objection Deadline: |
| Respondent. | ) _____, 2011 |

and it is further

ORDERED that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that to the extent that any other affiliates of the Debtors subsequently commence chapter 11 cases, the relief granted pursuant to this Order shall apply to such debtors and their respective estates; and it is further

ORDERED that the relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 cases, or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 cases to cases under chapter 7; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order, *and further Ordered that proofs of claim shall be filed in the case in which the claim arose, and not at the (*)*

Pittsburgh, Pennsylvania
Dated: April 20, 2011

_____
JK Fitzgerald
United States Bankruptcy Judge

*(*) jointly administered case, unless the claim is against Maronda Homes, Inc.*

**FILED**

APR 20 2011

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA