IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: §
§
Maronda Homes, Inc.,   §   11-22418-JKF
§
§

Debtor(s).

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

TO:   JOHN J. HORNER, CLERK
      UNITED STATES BANKRUPTCY COURT

As of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee for the reason(s) checked below:

( )   Debtors schedules reflect only ____ unsecured creditors.

( )   No unsecured creditors responded to U.S. Trustee's communication/contact for service on the committee.

(X)   Insufficient response to U.S. Trustee's communication/contact for service on the committee.

( )   Non-operating debtor-in-possession; no creditor interest.

( )   Motion to convert to Chapter 7 or dismiss pending.

( )   Case converted or dismissed.

( )   Other.

Roberta A. DeAngelis
United States Trustee


By: /s/Joseph M. Fornari, Jr.
    Joseph M. Fornari, Jr.
    Trial Attorney
Joseph.M.Fornari@usdoj.gov

Dated:  April 28, 2011

cc:  Joseph F. McDonough, Esquire
     Manion McDonough & Lucas
     USX Tower, Grant Street
     Suite 1414
     Pittsburgh, PA 15219

Accepting Creditor(s)