# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re *Maronda Homes, Inc., a Pennsylvania Corporation*     Case No. *11-22418-JKF*
                                                            Chapter *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 2 | $ 82,887,733.00 | | |
| B-Personal Property | Yes | 3 | $ 896,816.85 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 89,770,348.51 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 865,057.70 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | $ 1,138,297.65 | |
| G-Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H-Codebtors | Yes | 2 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 50 | $ 83,784,549.85 | $ 91,773,703.86 | |

In re _Maronda Homes, Inc., a Pennsylvania Corporation_  
                        Debtor

Case No. _11-22418-JKF_  
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Ronald W. Wolf_, _President/CEO_ of the _Corporation_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __51__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _4/18/2011_

Signature _/s/ Ronald W. Wolf_  
Name: _Ronald W. Wolf_  
Title: _President/CEO_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.