IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| MARONDA HOMES, INC., | Case No. 11-22418-JKF<br>Document No. __<br>Joint Administered |
| Debtor. | |
| In re: | Chapter 11 |
| MARONDA HOMES, INC. OF OHIO, | Case No. 11-22422 |
| Debtor. | |
| In re: | Chapter 11 |
| MARONDA HOMES OF CINCINNATI, LLC., | Case No. 11-22424 |
| Debtor. | Doc #116 |
| MARONDA HOMES, INC., et al., | |
| Movants, | Related to Docket No. 116<br>Hearing Date & Time:<br>August 26, 2011, 11:00 a.m. (EST) |
| v. | |
| NO RESPONDENT. | Objection Deadline:<br>August 24, 2011 12:00 p.m. (EST) |

## ORDER OF COURT GRANTING DEBTORS' MOTION TO CONDITIONALLY APPROVE DISCLOSURE STATEMENT, TO COMBINE HEARING ON DISCLOSURE STATEMENT WITH HEARING ON CONFIRMATION OF PLAN, AND LIMITING DISTRIBUTION OF DISCLOSURE STATEMENT, PLAN AND BALLOTS TO CREDITORS ENTITLED TO VOTE THEREON.

AND NOW, to wit this __26__, day of __Aug__, 2011, upon consideration of Debtors' Motion to Conditionally Approve Disclosure Statement, To Combine Hearing on Disclosure Statement with Hearing on Confirmation of Plan and to Limit Distribution

of Disclosure Statement, Plan and Ballots, it is hereby ORDERED, ADJUDGED, and DECREED

That the Motion is GRANTED; it is hereby further ORDERED, ADJUDGED, and DECREED

That the Disclosure Statement dated August 12, 2011 is hereby conditionally approved and a copy of the Disclosure Statement, Plan and Ballots shall be disseminated to, and dissemination may be limited to, the Secured Lenders in Class 1, the Equity Class (Class 5), the U.S. Trustee, and any other person or entity requesting in writing a copy of the Disclosure Statement and Plan from Debtors' counsel (Manion, McDonough & Lucas, P.C., Suite 1414, 600 Grant Street, Pittsburgh, PA 15219, 412-232-0200); and it is hereby further ORDERED, ADJUDGED, and DECREED

That the hearing on the Disclosure Statement and confirmation of the Plan are combined and will be held on _10/28/11_, 2011 at _9:00_ a.m./p.m. in Court Room _A_, 54th Floor United States Steel Building, 600 Grant Street, Pittsburgh, PA 15219;

That the date for filing and serving any responses including objections to the Disclosure Statement or to confirmation of the Plan shall be _10/14_, 2011; and

That the deadline for return of ballots to Debtors' counsel shall be _10/14_, 2011, and the Debtors shall file a Report of Ballots not less than _2_ days before the confirmation hearing.

Pittsburgh, Pennsylvania
Dated: _8/26_, 2011

_____
United States Bankruptcy Judge

FILED
AUG 29 2011
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA