IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MARONDA HOMES, INC., | BANKRUPTCY No.: 11-22418-JKF |
| Debtor. | |

## CORRECTIVE NOTICE OF TRANSFER OF CLAIM

Bank of America, N.A., in its capacity as Administrative Agent for the banks identified in the Proof of Claim filed on August 15, 2011 ("BofA"), files this Corrective Notice of Transfer of Claim in order to reverse on the Claims Register the Transfer of Claim that was the subject of Docket Entry 150.  BofA will file a subsequent Notice to reflect the transfer evidenced in Docket Entry 150.

This 6th day of October 2011.

>   */s/ Jeffrey W. Kelley*
>   Jeffrey W. Kelley (GA Bar No. 412296)
>   TROUTMAN SANDERS LLP
>   Bank of America Plaza
>   600 Peachtree Street, Suite 5200
>   Atlanta, Georgia 30308-2216
>   Telephone No.:(404) 885-3000
>   Facsimile No.:  (404) 885-3900
>   E-Mail:  jeffrey.kelley@troutmansanders.com
>
>   *Counsel for Bank of America, as Administrative Agent*

[CONTINUED ON NEXT PAGE]

2316341v1

# CERTIFICATE OF SERVICE

This is to certify that, on the 6th day of October 2011, I have served the following parties with a copy of the foregoing *Corrective Notice of Transfer of Claim* via first class mail, postage prepaid and/or by the court using the CM/ECF system to the following:

Via First Class Mail:

Comerica Bank
c/o Victoria Lage
500 Woodward
Detroit, Michigan 48226

Via CM/ECF:

James G. McLean, Esq.
Manion McDonough & Lucas, P.C.
Suite 1414, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Via CM/ECF:

Joseph M. Fornari Jr
U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Via First Class Mail

MIDTOWN ACQUISITIONS L.P.,
Co-Successor to Comerica Bank
Managing Member
65 East 55th Street, 19th Floor
New York, New York 10022

Via First Class Mail

GRACE BAY HOLDINGS II, LLC,
Co-Successor to Comerica Bank
c/o Adam Schimel
H.I.G. Bayside Capital
1450 Brickell Avenue, 31st Floor
Miami, Florida 33131

This 6th day of October 2011.

/s/ Jeffrey W. Kelley
Jeffrey W. Kelley (GA Bar 412296)

2316341v1