# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| MARONDA HOMES, INC., | Case No. 11-22418 |
| Debtor. | Document No. __ |
| In re: | Chapter 11 |
| MARONDA HOMES INC. OF OHIO, | Case No. 11-22422 |
| Debtor. | |
| In re: | Chapter 11 |
| MARONDA HOMES OF CINCINNATI, LLC, | Case No. 11-22424 |
| Debtor. | |

**NOTICE OF FILING OF PLAN OF REORGANIZATION AND DEADLINE FOR FILING OBJECTIONS AND CONFIRMATION HEARING**

TO: Creditors of Maronda Homes, Inc., Maronda Homes Inc of Ohio and Maronda of Cincinnati, LLC

NOTICE is hereby given by the Debtors Maronda Homes, Inc., Maronda Homes Inc of Ohio and Maronda of Cincinnati, LLC ("Debtors") that a Joint Plan of Reorganization dated August 12, 2011 ("Plan") and Joint Disclosure Statement ("Disclosure Statement") were filed with the United States Bankruptcy Court for the Western District of Pennsylvania in the above-captioned cases, with the Plan filed at Document No. 118 and the Disclosure Statement at No. 117 in Case No. 11-22418.

The claims of unsecured creditors that were claims as of April 18, 2011 are classified in the Plan as Class 4 claims and the Plan provides that all allowed claims of Unsecured Clams in Class 4 will be paid in full. Because the allowed claims of Unsecured Creditors are paid in full, you are not required to vote on the Plan, as your claim has already been paid or will be paid in full in accordance with the Plan.

A copy of the Disclosure Statement and Plan may be obtained by calling Debtors' counsel (Manion, McDonough & Lucas, P.C., Suite 1414, 600 Grant Street, Pittsburgh, PA 15219, 412-232-0200) or through the Bankruptcy Court's Case Management, Electronic Files System (CM/EFS) for parties that have a PACER account.to view documents on the CM/EFS system.

The Court has set a hearing for confirmation of the Plan for December 2, 2011 at 12:00 Noon in Court Room A, 54th Floor United States Steel Building, 600 Grant Street, Pittsburgh, PA 15219.   If you have not been paid in full for any amount you were owed as of April 18, 2011 or have an objection to the Disclosure Statement or confirmation of the Plan, you may file an objection with the Court (and serve a copy of counsel for the Debtors) by November 28, 2011.  You may also attend the hearing.  By November 30, 2011, Debtor shall certify whether objections were received.  If none are received, then the hearing on December 2, 2011 will not occur

If you have a question regarding payment of any amount you believe you are still owed for goods or services provided prior to April 18, 2011, you may call Debtors' counsel at 412-232-0200 (Mark Yohman).

                                        MANION McDONOUGH & LUCAS, P.C.

Dated: October 31, 2011        By:    */s/ James G. McLean*
                                                 Joseph F. McDonough
                                                 James G. McLean
                                                 PA. ID #37463
                                                 Manion McDonough & Lucas, P.C.
                                                 Firm ID #786
                                                 Suite 1414 U.S. Steel Tower
                                                 600 Grant Street
                                                 Pittsburgh, PA  15219
                                                 412-232-0200
                                                 412-232-0206 (Fax)

                                                 Counsel for Debtors